IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERTO ZAMORA, JR., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-09-938-C |
| | ) | |
| H. A. LEDEZMA, Warden, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DISMISSAL

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Bana Roberts, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B).  On September 23, 2008, Judge Roberts entered a Report and Recommendation concluding that because Plaintiff had not paid the initial filing fee as ordered, the action should be dismissed without prejudice.  Plaintiff has not filed an objection, despite having been given an extension of time in which to do so.

Accordingly, the Report and Recommendation is adopted, and this action is dismissed without prejudice.

IT IS SO ORDERED this 30th day of October, 2009.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge