IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROBERTO ZAMORA, JR., )
)
          Plaintiff )
)
vs. ) No. CIV-09-938-C
)
H. A. LEDEZMA, Warden, )
)
          Defendant )

## ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bana Roberts on March 31, 2010. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus dismissed.

IT IS SO ORDERED this 28th day of April, 2010.

ROBIN J. CAUTHRON
United States District Judge